RICHARD F. BOTTASS ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE CITY OF TORRINGTON ET AL.

The petition by the defendant Lakeridge, Inc., for certification for appeal from the Superior Court in the judicial district of Litchfield is denied by the court.

*Thomas P. Byrne,* in support of the petition.

*Edward W. Manasse,* in opposition.

Submitted March 8—decided March 13, 1979

WILLIAM S. MARACZI *v.* TOWN PLAN AND ZONING COMMISSION OF THE TOWN OF FAIRFIELD

*Kevin A. Coles,* in support of the petition.

*John P. Bashar* and *Aaron B. Schless,* in opposition.

Submitted March 8—decided March 13, 1979

DAVID L. ABRAHAMSON, TRUSTEE *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF WESTPORT

The plaintiff's petition for certification for appeal from the Superior Court in the judicial district of Fairfield at Bridgeport is denied by the court.

*Eugene E. Cederbaum,* in support of the petition.

*Bruce L. Levin,* in opposition.